UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Mag No.   19-1577 (DEA) |
| v. | : | |
| SAMUEL SCHWINGER | : | **CRIMINAL COMPLAINT** |

I, Patrick T. Glynn, being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**SEE ATTACHMENT A**

I further state that I am a Special Agent with the Department of Homeland Security, and that this Complaint is based on the following facts:

**SEE ATTACHMENT B**

continued on the attached page and made a part hereof.

_____
PATRICK T. GLYNN, SPECIAL AGENT
DEPARTMENT OF HOMELAND SECURITY

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE

SEPTEMBER 24, 2019

TRENTON, NEW JERSEY

_____
HON. TONIANNE J. BONGIOVANNI
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

### Count I
### Sexual Exploitation of Children

In or about March 2019, in Ocean County, in the District of New Jersey, and elsewhere, defendant

### SAMUEL SCHWINGER

did knowingly employ, use, persuade, induce, entice, and coerce a minor female, "MINOR VICTIM 1," to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, knowing such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

### Count II
### Online Enticement

In or about March 2019, in Ocean County, in the District of New Jersey, and elsewhere, defendant

### SAMUEL SCHWINGER

using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce a minor female, MINOR VICTIM 1, to engage in sexual activity, for which any person could be charged with a criminal offense, specifically, the production of child pornography

In violation of Title 18, United States Code, Sections 2422(b) and 2.

### Count III
### Receipt of Child Pornography

On or about March 3, 2019, in Ocean County, in the District of New Jersey, and elsewhere, defendant

### SAMUEL SCHWINGER

did knowingly receive child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, and using any means and facility of interstate and foreign commerce, shipped, and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2.

## ATTACHMENT B

I, Patrick T. Glynn, am a special agent with the Department of Homeland Security ("DHS"). I have knowledge of the following facts based upon both my investigation and discussions with other law enforcement personnel and others. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint, I have not included each and every fact known to the government concerning this matter. Where statements of others are set forth herein, these statements are related in substance and in part. Where I assert that an event took place on a particular date, I am asserting that it took place on or about the date alleged.

**Background**

1. At all times relevant to this Complaint, defendant SAMUEL SCHWINGER ("SCHWINGER") was a registered sex offender residing at a residence in Lakewood, New Jersey (the "Residence"). SCHWINGER was previously convicted in Kings County Supreme Court, New York, for a Criminal Sexual Act.

2. In or around March 2019, SCHWINGER communicated via a publicly available online social media application (the "Application")[1] and through text messages with a minor female ("MINOR VICTIM 1") who resided outside of New Jersey.

3. MINOR VICTIM 1 and SCHWINGER first began communicating via the Application on or around March 3, 2019 when SCHWINGER, utilizing a username purporting to be that of a minor female (the "Minor Female Username"), told MINOR VICTIM 1 that he was an 11-year-old girl.

4. SCHWINGER also communicated with MINOR VICTIM 1 via text messages using the Minor Female Username, from a telephone number ending in 6478 (the "6478 number") and a telephone number ending in 8118 (the "8118 number").

5. On or about March 3, 2019, SCHWINGER, using the Minor Female Username and through the Application, asked MINOR VICTIM 1 to send him a video stating "I'll send you a vid of what I'm wearing now and then u send me of u and then my turn again k?" SCHWINGER then sent a video depicting a minor female in a long sports uniform top. Later in the chat SCHWINGER sent MINOR VICTIM 1 a text stating "Let's send more vids" to which MINOR VICTIM 1 responded "k" and SCWHINGER replied "But let's send naughty ones but it has to be our secret and we have to delete everything after k?". SCHWINGER then sent MINOR VICTIM 1 a video depicting a minor female pulling up her sports uniform top to expose her naked chest. SCHWINGER then stated to MINOR VICTIM 1 "k now your turn to do that then". Shortly after

---

[1] The Application allowed individuals to communicate in private or group chats and to exchange messages, pictures and short videos.

receiving this message, MINOR VICTIM 1 sent SCHWINGER a video depicting MINOR VICTIM 1 pulling up her blue shirt with pink sleeves to expose her blue bra.

6. A law enforcement search of MINOR VICTIM 1's cell phone revealed multiple sexually explicit images and videos that were exchanged between MINOR VICTIM 1 and the Minor Female Username, utilized by SCHWINGER, over the Application. I have personally reviewed each of the child exploitation videos found in the Application chat sessions that occurred during the period March 3, 2019 through March 23, 2019 between SCHWINGER, posing as a minor female, and MINOR VICTIM 1. The videos were exchanged between MINOR VICTIM 1 and SCHWINGER on March 3, 2019, several of which are summarized below:

A. Video One- The video depicts MINOR VICTIM 1, wearing a blue top with pink long sleeves and naked from the waist down, exposing her buttocks to the camera while bending over at the waist. While bent over, MINOR VICTIM 1 spreads her buttocks cheeks apart, exposing her anus and naked genitals to the camera. This video is approximately 17 seconds in length. A light tan sofa can be seen in the background.

B. Video Two- The video depicts MINOR VICTIM 1, wearing a blue top with pink long sleeves naked from the waist down, laying on her back. The camera is positioned in such a fashion that it provides a close-up of MINOR VICTIM 1's naked genitals. During the video, MINOR VICTIM 1 is observed repeatedly spreading her genitals apart for the camera with her left hand. This video is approximately 17 seconds in length.

C. Video Three- The video depicts MINOR VICTIM 1, lifting a blue top with pink long sleeves above her mid-section and depicting her naked from the waist down, laying on her back. During the video, MINOR VICTIM 1 is observed massaging and spreading her naked genitals with her left hand. This video is approximately 17 seconds in length.

D. Video Four - The video depicts a minor female, using the Minor Female User Name utilized by SCHWINGER, wearing a blue long sleeve top and naked from the waist down with her naked genitals exposed and digitally penetrating her genitals. The video shows a light colored shag rug in the background. This video is approximately 17 seconds in length.

7. In addition to reviewing videos exchanged in the Application communications between SCHWINGER, posing as a minor female, and MINOR VICTIM 1, the typed chat conversations were reviewed. These chat conversations occurred between the exchange of videos and revealed SCHWINGER was enticing and coercing MINOR VICTIM 1 to provide sexually explicit videos of herself and include:

A. "Let's send more vids"
B. "But let's send naughty ones but it has to be our secret and we will have to delete everything after k?"
C. "k now can you put ur hand in ur underwear"
D. "k now open your legs wide and use ur fingers to open the middle"

    E. "k wide and lick ur fingers"
    F. "so you can make ur thing wet"
    G. "U can lay down on the floor and spread your legs and pee"

In response to these communications by SCHWINGER, MINOR VICTIM 1 sent SCHWINGER multiple videos depicting the actions requested by SCHWINGER.

    8. Law enforcement identified the 8118 number as belonging to Company 1, the parent company for an application ("Application 2"), which allowed users to purchase a telephone number for privacy for short or long term with an encrypted messenger. The results of a subpoena to Company 1 revealed that the Internet Protocol (IP) address associated with the registration of the account was registered to SCHWINGER at the Residence with an associated telephone number ending in 0908 (the "0908 number").

    9. On April 5, 2019, law enforcement executed a lawfully obtained search warrant at the Residence, which resulted in the seizure of an Apple iPhone (the "iPhone") and a Samsung Galaxy (the "Samsung") cell phone belonging to SCHWINGER. SCHWINGER attempted to secrete the iPhone under the couch and advised that he knew why law enforcement was there.

    10. A forensic examination of the iPhone revealed 1) over one thousand videos of child pornography, 2) the presence of Application 2 on the device, and 3) the presence of the Application on the device and the Minor Female Username. The forensic examination of the iPhone also revealed evidence of SCHWINGER's use of the 8118 number. An examination of the Samsung revealed it to be assigned the 0908 number.

    11. Further analysis of SCHWINGER's iPhone revealed communications between SCHWINGER and dozens of individuals who appeared to be minors. In many of these communications, SCHWINGER asked the other individual to send him sexually explicit images of themselves.

    12. Based on my education, training and experience, and my discussion with other law enforcement officers, and to the best of my knowledge, the videos described in paragraph 6 above were produced, possessed and received in a fashion affecting interstate and foreign commerce by any means, including by computer.