2019R00381/MSG

**RECEIVED**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

FEB 22 2023

AT 8:30_____M
WILLIAM T. WALSH
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 23-134 |
| v. | : |
| SAMUEL SCHWINGER | : |

INFORMATION
(Sexual Exploitation of Children)

The defendant having waived in open court prosecution by Indictment, the United States Attorney for the District of New Jersey charges:

From in or about October 2018 to on or about April 5, 2019, in Ocean County, in the District of New Jersey, and elsewhere, the defendant,

SAMUEL SCHWINGER,

did knowingly employ, use, persuade, induce, entice and coerce a minor female, that is, Minor Victim 1, to engage in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), for the purpose of producing visual depictions of such conduct, which visual depictions were produced and transmitted using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone and computer.

In violation of Title 18, United States Code, Sections 2251(a) and 2.

## FORFEITURE ALLEGATION

Upon conviction of the offense alleged in Count One of this Information, defendant Samuel Schwinger shall forfeit to the United States pursuant to 18 U.S.C. § 2253, all visual depictions which were produced, transported, mailed, shipped, or received in violation of the law; all property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and the following personal property used or intended to be used to commit or to promote the commission of the offense, which were seized by law enforcement officers on or about April 5, 2019 from defendant Samuel Schwinger's residence in Ocean County, New Jersey:

1. Apple iPhone (IMEI # 355800072541299);
2. Samsung Galaxy S7 Edge (IMEI # 355300075526959)

_____
PHILIP R. SELLINGER
United States Attorney

CASE NUMBER: 23-cr-134

# United States District Court
# District of New Jersey

UNITED STATES OF AMERICA

v.

SAMUEL SCHWINGER

# INFORMATION FOR

18 U.S.C. §§ 2251(a) and 2

**PHILIP R. SELLINGER**
*UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

MICHELLE S. GASPARIAN
*ASSISTANT U.S. ATTORNEY*
*TRENTON, NEW JERSEY*