DNJ-Cr-021 (09/2017)

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA

v.

**SAMUEL SCHWINGER**

Defendant(s).

Criminal No. 23-134

**SENTENCING SUBMISSION NOTICE OF THE UNITED STATES**

Please be advised that, on this date, the United States submitted sentencing materials to the Court in this case concerning the defendant                    .

Date: January 4, 2024

PHILIP R. SELLINGER
United States Attorney

By:   Michelle S. Gasparian
       Assistant U.S. Attorney